# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146733

STATE TREASURER,

     Plaintiff-Appellee,

v

                                      SC: 146733
                                      CoA: 306679

WILLIAM T. LETZGUS,

     Defendant-Appellant,

and

CHERYL L. BLAIN, CATHERINE S. TOWNE,
a/k/a CATHERINE S. DOWNING, and
CHEMICAL BANK,

     Defendants.
_____

        On order of the Chief Justice, plaintiff-appellant having failed to pay the full entry fee of $375 as required by the order of April 18, 2013, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



Clerk

jam